JS - 6

FILED
CLERK, U.S. DISTRICT COURT
APR 5, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>v.<br><br>RYAN HAWTHORNE,<br><br>Defendant/Movant. | Case No. CV 16-4037 VAP<br>    [2:09-cr-00068-6 VAP]<br><br>**JUDGMENT**<br><br>**[Motion filed June 8, 2016]** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

     Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: April 5, 2018

                                          VIRGINIA A. PHILLIPS
                                       United States District Judge